**ERIN RADEKIN**
**Attorney at Law** - **SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331

Attorney for Defendant
MICHELLE MARIE VASQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 05 cr 00160 |
| ) | |
| Plaintiff, ) | **STIPULATION FOR CONTINUANCE** |
| ) | **OF DISPOSITIONAL HEARING**; |
| vs. ) | **PROPOSED ORDER** |
| ) | |
| MICHELLE MARIE VASQUEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

–o0o–

The United States, through its undersigned counsel, and the defendant, through his undersigned counsel, hereby agree and stipulate that the dispositional hearing currently scheduled for December 8, 2006 should be vacated and continued to Friday, January 5, 2007 at 9:00 a.m.

This continuance is necessary because counsel for defendant received the dispositional memorandum on December 1, 2006 and needs additional time to inquire into the availability of residential drug treatment for defendant.

Dated: December 7, 2006                McGREGOR W. SCOTT
                                       United States Attorney

                                   By:  /s/ Camil Skipper
                                       CAMIL A. SKIPPER
                                       Assistant U.S. Attorney

Dated: December 7, 2006                 /s/ Erin Radekin
                                       ERIN RADEKIN
                                       Attorney for Defendant
                                       BRYANT JACOBS

**ORDER**

IT IS HEREBY ORDERED that the dispositional hearing currently scheduled for December 8, 2006 at 9:00 a.m. is VACATED, and the matter continued until January 5, 2007 at 9:00 a.m. for dispositional hearing.

Dated: December 7, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

2